United States District Court

Southern District of California

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>MICHAELL GARCIA-CRUZ,<br>Defendant. | Case No.: 26-CR-2647-JES<br>**SUPERSEDING INFORMATION**<br>Title 18, U.S.C., § 371 – Conspiracy to Commit the Offense of Illegal Entry of an Alien in Violation of Title 8, U.S.C., § 1325 |

The United States Attorney charges:

Beginning on a date unknown and continuing up to and including June 2, 2026, within the Southern District of California and elsewhere, the defendant, MICHAELL GARCIA CRUZ, did knowingly and intentionally conspire with other persons known and unknown to commit the of offense Improper Entry by an Alien under Title 8, United States Code, Section 1325; and in furtherance of the conspiracy, and to accomplish its object, Defendant, Michaell Garcia Cruz, together with others known and unknown, committed and caused to be committed various overt acts in the Southern District of California and elsewhere, including but not limited to the following: on or about June 2, 2026, Defendant applied for admission into the United States from Mexico

CLT:sal:7/7/2026

through the Otay Mesa Port of Entry with an undocumented alien in the vehicle she was driving, knowing that the undocumented alien was not a United States citizen, presented a California driver's license on behalf of the undocumented alien, and Defendant knew the California driver's license did not belong to the undocumented alien; all in violation of Title 18, United States Code, Section 371.

Dated: 7/15/2026.

ADAM GORDON
United States Attorney

Christina Taylor

CHRISTINA L. TAYLOR
Assistant U.S. Attorney